IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEITH NORVEL JONES,

    Plaintiff,

v.                                                        Civil Action No. **3:20CV408**

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter complaining about his ongoing incarceration in a state facility and his current conditions of confinement. By Memorandum Order entered on June 26, 2020, the Court explained that it may not provide advice to litigants and this Court cannot order his release from incarceration. However, the Court sent Plaintiff a form for filing a 42 U.S.C. § 1983 complaint. The Court further explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                         M. Hannah Lauck
                                                                         United States District Judge

Date: July 17, 2020
Richmond, Virginia